UNITED STATES of America,
Plaintiff—Appellee,

v.

Herman William RAEL, Defendant—
Appellant.

No. 08–50546.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 15, 2011.

Steve Miller, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Herman William Rael appeals from the 188–month sentence imposed following his guilty-plea conviction for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. Pursuant to *Anders v. Califor-*nia, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rael's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.